ATTACHMENT #5

AO 240 (Rev. 1/94)

# United States District Court

_____ DISTRICT OF _____

WILLIAM RESTUCCI / PROSE & INDIGENT

Plaintiff

V.

Defendant

DOUBLEDAY BOOK CLUB & EVERYONE

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 05 11357 NMG

I, __William Restucci_____ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   ☒ Yes   ☐ No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration __Norfolk massachusetts__

   Are you employed at the institution? __No__   Do you receive any payment from the institution? __no__

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   Colonial Marble 25 Garvey Street Everett Mass,

   500.00 a week take home pay bak in 1994

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   Yes ☐   No ☒
   b. Rent payments, interest or dividends            Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments  Yes ☐   No ☒
   d. Disability or workers compensation payments     Yes ☐   No ☒
   e. Gifts or inheritances                           Yes ☐   No ☒
   f. Any other sources                               Yes ☐   No ☒

   If the answer to any of the above is "yes" describe each source of money and state the amount received and what you expect you will continue to receive.

AO 240 (Rev. 1/94)

4. Do you have any cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes    ☒ No

   If "yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

Self **********▬▬▬
     **********▬▬▬
     **********▬▬▬
     **********▬▬▬
     **********▬▬▬

I declare under penalty of perjury that the above information is true and correct.

_June 23 2005_    _William Desmier_
DATE                        SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____
_____. I further certify that during the past six months the applicant's average balance was $ _____.

A ledger sheet showing the past six months' transactions:

☐ is attached         ☐ is not available at this institution
                      ☒ ▬▬▬▬ NEED COURT ORDER TO COMPLY

_____          _____
DATE                   SIGNATURE OF AUTHORIZED OFFICER