UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FIRST CIRCUIT                                    DOCKET NUMBER;

WILLIAM RESTUCCI

(Plaintiff)

v, *Referred to MJ JL Alexander* NMG

DOUBLE DAY BOOK CLUB & EVERY PERSONS

(Defendant's)


COMPLAINT

Parties;

**Defendant's;** Double day Book Club & Every persons in their individual capacity; 505 Ridge Avenue, Hanover, PA 17332

**Plaintiff;** William Restucci; Pro se & indigent, P.O. Box 43, Norfolk Massachusetts 02056


Jurisdiction;

Jurisdiction is conferred upon this Honorable Court pursuant to 28 U.S.C. §1332; 42 U.S.C. §1983; Equal protection and Due process of the Fourteenth Amendment of the United States Constitution

STATEMENT OF FACTS

Plaintiff William Restucci joined the Doubleday Book Club upon a contract obligation. On 8/25/2004 defendants fulfilled their obligation and the plaintiff received 7 books for plaintiff

2

to purchase 4 books within a 2 year limit(see exhibit A & B). The plaintiff was then required to mail the defendants a do not send card. To notify the defendants not to send books and that failure to not send the card would ignight an automatic shipment of those books (see exhibit C) which was not part of the agreemnt but the plaintiff reluctantly complied under a threat that any unwanted books would be sent to him. The plaintiff purchased 1 book for drawing. The do not send cards kept comming and the plaintiff mailed them back submitting to the defendants do not send. Suddenly, the defendants sent plaintiff books without his knowlege or authority dispite plaintiff instructing them defendants by united States First Class mail **DO NOT SEND**. The plaintiff sent the first shipment back to the defendants at the cost of 6 dollars. Dispite plaintiff still sending defendants the do no send card (see exhibit C) the defendants sent more books. The plaintiff sent the defendants a letter stating that he did not order the books and to pay the plaintiff in advance 12 dollars to ship the defendants their books back with 100 dollars for the plaintiffs time or the plaintiff would throw the unwanted books in the trash. The defendants sent **more** books on consinment and defendants stated they would not comply with the plaintiffs fair letter. The plaintiff then disposed of the books (see exhibit D). The plaintiff submits that the defendant should have clearly known that their procedures with their do not send card was insufficient to protect the plaintiffs rights. The

3

defendants continued to engage in a patern of unwelcome harrassment and sent more books, doubled their bill to the plaintiff, and sent him with the bill applications for a life insurance policy which can be construed as a threat to the plaintiffs life (see exhibit E). The defendants have met the burden for the plaintiff to successfully file this civil rights action "threats" "intimidation", "harrassment". The plaintiff suffers damages to his credit, emotional distress, depravation and violations of plaintiffs Constitutional righbs to due process and equal protection of the Fourteenth Amendment.

STATEMENT, DEMAND, AND REQUEST FOR RELIEF

1> The plaintiff demands an EMERGENCY INJUNCTION restraining the defendants from contact with the plaintiff in all matters other than this action, FURTHER that a stay be issued on payment and contract pending the outcome of this action.

2> **PUNITIVE DAMAGES** in the amount of Five hundred thousand dollars. AND OR MONETARY DAMAGES AMOUNTING TO FIVE HUNDRED HUNDRED THOUSAND DOLLARS.

3> **Compensatory damages** in the amount of Five Hundred Thousand dollars for servere infliction of emotional distress.

4> Extra legal relief

Wherefore the plaintiff prays that this Honorable Court grant his his entitled relief so that justice could be better served,

6/23/05         *William Restucci* (signature)

William Restucci/ Pro se & indigent
P.O. Box 43, Norfolk Massachusetts 02056

EXHIBIT A

DOUBLEDAY BOOK CLUB
505 RIDGE AVENUE, HANOVER, PA 17332

PRESORTED BOUND PRINTED MATTER
U.S. POSTAGE PAID
BOOK CLUB ASSOCIATES
1196 8000 ID #20096391

FORWARDING SERVICE REQUESTED
CARRIER LEAVE IF NO RESPONSE

64424                                                                 01

WILLIAM RESTUCCI
PO BOX 43
NORFOLK      MA 02056

ZIP  243  E 554

96 713 138442

DOUBLEDAY BOOK CLUB
WWW.DOUBLEDAYBOOKCLUB.COM

INVOICE DATE 08/25/04

Black Creek Crossing

Enclosed is your redemption coupon order. We're sure you'll enjoy this book as much as those previously sent to you. As a member of the DOUBLEDAY BOOK CLUB, you can look forward to more great books at terrific savings! Once again, welcome to the Club!

CUSTOMER COPY

PAY THIS AMOUNT          .00

00000 0060 0304 0470   000000 96 713 138442   94
01 09 74014238
DETACH AND RETURN BOTTOM FORM ONLY WITH YOUR PAYMENT.
MAKE CHECK PAYABLE TO:

DOUBLEDAY BOOK CLUB
505 R..E AVENUE, HANOVER, PA 17332

3 EXHIBIT

PRESORTED BOUND PRINTED MATTER
U. S. POSTAGE PAID
BOOK CLUB ASSOCIATES
1196  8000  ID # 20082419

65834                                   01

FORWARDING
SERVICE
REQUESTED

WILLIAM RESTUCCI
PO BOX 43
NORFOLK     MA 02056

CARRIER LEAVE
IF NO RESPONSE

ZIP

243 | 374

96 713 138442

**DOUBLEDAY BOOK CLUB**
**WWW.DOUBLEDAYBOOKCLUB.COM**

INVOICE DATE 08/25/04

Enclosed is your
redemption coupon order.
We're sure you'll enjoy
this book as much as those
previously sent to you.
As a member of the
DOUBLEDAY BOOK CLUB, you
can look forward to more
great books at terrific
savings!  Once again,
welcome to the Club!

The Taking

PAY THIS AMOUNT            .00

00000  0040  0288  0248
01 09   74014238    000000  96 713 138442            94

MAKE CHECK PAYABLE TO:           DETACH AND RETURN BOTTOM FORM ONLY WITH YOUR PAYMENT.

**DOUBLEDAY BOOK CLUB**

| ACCOUNT NUMBER | INVOICE DATE | AMOUNT DUE |
|---|---|---|
| 96 713 138442 | 08/25/04 | $ .00 |

WE ACCEPT AS PAYMENT    ☐   ☐   ☐

WILLIAM RESTUCCI
PO BOX 43
NORFOLK     MA 02056

☐ Bill this order PLUS all future orders.

☐ Bill this order ONLY.

Expiration Date
(Month / Year)

Signature Required

00000    0040    0288    0248
01 09   74014238    000000  96 713 138442            94

CUSTOMER COPY

ENCLOSE WITH PAYMENT

C EXHIBIT

**DOUBLEDAY BOOK CLUB**

**WWW.DOUBLEDAYBOOKCLUB.COM**

**MEMBERSHIP INFORMATION**

YOUR ACCOUNT NUMBER
96 713 138 442

Thank you for your membership. We haven't heard from you in a while, so we just wanted to take a minute to say, "hello". As always, we've got an unbeatable selection of the latest bestsellers at great savings. If you have just placed an order, thank you. If not, take a look in this month's magazine--there's sure to be something you like--and ordering is as easy as ever. We look forward to hearing from you soon.

ORDER CODE: 0579 797

JUNE 28, 2005

◄── REPLY FORM -- DETACH HERE ──►

**DOUBLEDAY BOOK CLUB**

The Featured Selections will be sent to you unless we receive other instructions before:

**Velocity**
Publisher's Ed. Price $27.00  Save 37%
Club Ed. Price $16.99

**Marker**
Publisher's Ed. Price $25.95  Save 38%
Club Ed. Price $15.99

Take all, your price $32.98

PLEASE RUSH [X]   DON'T SEND [X]
PLEASE RUSH [X]   DON'T SEND [X]

#BYDBCGQ
#9671313844200051#   2499  01
WILLIAM RESTUCCI
PO BOX 43
NORFOLK MA 02056-0043

YOUR ACCOUNT NUMBER
15505140  96 713 138442  79009  35

**Order other items in the boxes below.**

**To order items below, put an X in the box to the left of the item.**

[X] Marriage Scandalous  123281
[X] High Plains Tango  152306
[X] Miracle  570648
[X] Summer's Child/Ross  150250
[X] Nosy Neighbor  124156
[X] Black Rose  698514

01572625  2499  0026  1753
7905078592025403176420

To return this form, place a First Class Letter Stamp on the reverse side.

# C EXHIBIT

**Massachusetts Department of Correction**
**PROPERTY CONTRABAND NOTIFICATION AND DISPOSAL FORM**    1-1

INSTITUTION: _N_____

☐ REMOVAL OF PROPERTY REQUESTED BY INMATE

INMATE: _MRN_____   COMMITMENT #: W57607_____   ☐ FIRST NOTICE: /_____ (Date)

The following items have been deemed contraband and are not allowed in this facility.

| 1. ___ | 21. ___ | 41. ___ |
| 2. ___ | 22. ___ | 42. ___ |
| 3. ___ | 23. ___ | 43. ___ |
| 4. ___ | 24. ___ | 44. ___ |
| 5. ___ | 25. ___ | 45. ___ |
| 6. ___ | 26. ___ | 46. ___ |
| 7. ___ | 27. ___ | 47. ___ |
| 8. ___ | 28. ___ | 48. ___ |
| 9. ___ | 29. ___ | 49. ___ |
| 10. ___ | 30. ___ | 50. ___ |
| 11. ___ | 31. ___ | 51. ___ |
| 12. ___ | 32. ___ | 52. ___ |
| 13. ___ | 33. ___ | 53. ___ |
| 14. ___ | 34. ___ | 54. ___ |
| 15. ___ | 35. ___ | 55. ___ |
| 16. ___ | 36. ___ | 56. ___ |
| 17. ___ | 37. ___ | 57. ___ |
| 18. ___ | 38. ___ | 58. ___ |
| 19. ___ | 39. ___ | 59. ___ |
| 20. ___ | 40. ___ | 60. ___ |

These articles must be disposed of in accordance with 103 CMR 403.14. Please select a method of disposal.

*I choose to have my property...*

☐ retrieved by a visitor.    ☑ mailed out to a specified destination.    ☐ disposed of as seen fit by the institution.

Name: Doubleday Book Club
Address: 05 Ridge Avenue
City/State/Zip: Hanover PA 17332

Inmate Authorization: _William Rosum_    Date: 1-17-2005

**Property Pick-up Acknowledgement**

Visitor ID:   ☐ valid state ID/drivers license   ☐ military ID   ☐ passport   ☐ Dept. Transitional Assistance (Welfare ID)

I, _____ have received and accept responsibility for all of the items listed on this sheet.

Visitor: _____ Date: _____

Property Officer: _____ Date: _____

☐ FINAL NOTICE: _____ (Date)

In accordance with 103 CMR 403.14, you are being issued a final notice to have your contraband property items listed above disposed of by a method of your choice as indicated. If you do not respond to this notice in writing within thirty (30) days of the final notice date, the contraband items will be disposed of as seen fit by the institution.

☐ No response from inmate.

Date Disposed of: _____ Property Officer: _____

White - Property (Original)    Green - Inmate (First Notification)    Canary - Inmate (Final Notification)    Pink - Visitor (Mail/Pick Up)    Gold - Inmate (Final Disposition)

# C EXHIBIT

**Massachusetts Department of Correction**
**PROPERTY CONTRABAND NOTIFICATION AND DISPOSAL FORM**    1-1

INSTITUTION: _____

☐ REMOVAL OF PROPERTY REQUESTED BY INMATE

INMATE: _____ COMMITMENT #: _____ ☐ FIRST NOTICE: 1/9/05 (Date)

The following items have been deemed contraband and are not allowed in this facility.

1. 2 Belt
2. _____
3. Britt
4. Due
5. _____
6. _____
7. 3 Ste
8. _____
9. _____
10. _____
11. _____
12. Double
13. _____
14. Belt
15. _____
...
21. _____
22. Ice
23. _____
24. Attached
25. _____
...
59. _____ (signature)
60. _____

These articles must be disposed of in accordance with 103 CMR 403.14. Please select a method of disposal.

I choose to have my property...    Cost to mail: ____ BY BOOT CLUB
                                    LABEL ATTACHED

☐ retrieved by a visitor.    ☐ mailed out to a specified destination.    ☐ disposed of as seen fit by the institution.

Name: ____    Name: POSTAGE DUE UNIT, U.S. POSTAL SERVICE
Address: ____    Address: ____
City/State/Zip: ____    City/State/Zip: HANOVER, PA 17332
Telephone: ____    Telephone: ____

Inmate Authorization: William Rashaun    Date: 5-12-2005

**Property Pick-up Acknowledgement**

Visitor ID:    ☐ valid state ID/drivers license    ☐ military ID    ☐ passport    ☐ Dept. Transitional Assistance (Welfare ID)

I, _____ have received and accept responsibility for all of the items listed on this sheet.

Visitor: _____    Date: _____

Property Officer: _____    Date: _____

☐ FINAL NOTICE: _____ (Date)

In accordance with 103 CMR 403.14, you are being issued a final notice to have your contraband property items listed above disposed of by a method of your choice as indicated. If you do not respond to this notice in writing within thirty (30) days of the final notice date, the contraband items will be disposed of as seen fit by the institution.

☐ No response from inmate.

Date Disposed of: _____    Property Officer: _____

White - Property (Original)    Green - Inmate (First Notification)    Canary - Inmate (Final Notification)    Pink - Visitor (Mail/Pick Up)    Gold - Inmate (Final Disposition)

# D EXHIBIT

**Massachusetts Department of Correction**
**PROPERTY CONTRABAND NOTIFICATION AND DISPOSAL FORM**

INSTITUTION: _____

☐ REMOVAL OF PROPERTY REQUESTED BY INMATE

INMATE: _____ COMMITMENT #: _____ ☑ FIRST NOTICE: _____ (Date)

The following items have been deemed contraband and are not allowed in this facility.

| # | Item | # | Item | # | Item |
|---|---|---|---|---|---|
| 1. | | 21. | | 41. | |
| 2. | | 22. | | 42. | |
| 3. | | 23. | | 43. | |
| 4. | | 24. | | 44. | |
| 5. | | 25. | | 45. | |
| 6. | | 26. | | 46. | |
| 7. | | 27. | | 47. | |
| 8. | | 28. | | 48. | |
| 9. | | 29. | | 49. | |
| 10. | | 30. | | 50. | |
| 11. | | 31. | | 51. | |
| 12. | | 32. | | 52. | |
| 13. | | 33. | | 53. | |
| 14. | | 34. | | 54. | |
| 15. | | 35. | | 55. | |
| 16. | | 36. | | 56. | |
| 17. | | 37. | | 57. | |
| 18. | | 38. | | 58. | |
| 19. | | 39. | | 59. | |
| 20. | | 40. | | 60. | |

These articles must be disposed of in accordance with 103 CMR 403.14. Please select a method of disposal.

*I choose to have my property...*   Cost to mail: $ _____

☐ retrieved by a visitor.   ☐ mailed out to a specified destination.   ☑ disposed of as seen fit by the institution.

Name _____   Name _____
Address _____   Address _____
City ____ State ____ Zip ____   City ____ State ____ Zip ____
Telephone _____   Telephone _____

Inmate Authorization: X _____ Date: _____

**Property Pick-up Acknowledgement**

Visitor ID: ☐ valid state ID/drivers license   ☐ military ID   ☐ passport   ☐ Dept. Transitional Assistance (Welfare ID)

I, _____ have received and accept responsibility for all of the items listed on this sheet.

Visitor: _____ Date: _____

Property Officer: _____ Date: _____

☐ FINAL NOTICE: _____ (Date)

In accordance with 103 CMR 403.14, you are being issued a final notice to have your contraband property items listed above disposed of by a method of your choice as indicated. If you do not respond to this notice in writing within thirty (30) days of the final notice, the contraband items will be disposed of as seen fit by the institution.

☐ No response from inmate.

Date Disposed of: _____   Property Officer: _____

White - Property (Original)   Green - Inmate (First Notification)   Canary - Inmate (Final Notification)   Pink - Visitor (Mail/Pick Up)   Gold - Inmate (Final Disposition)

Doubleday Book Club
www.doubledaybookclub.com

**D EXHIBIT**

January 25, 2005

Account 96713138442

|||..,.|.|||...|.|.|.||..||...|.|..|.|.|.||.|.|.|.|.||..||.|

WILLIAM RESTUCCI
PO BOX 43
NORFOLK, MA  02056-0043

Dear William Restucci:

Thank you for informing us that you received an unwanted shipment.

The books were sent to you when we did not receive your Member Reply Form by the due date declining the shipment. Please be sure to return your reply forms promptly any time you do not wish to receive Featured Selections. This will save you the bother of returning unwanted books to us.

You may use the enclosed postage-paid label to return the package through your local Post Office. Please send books, video and music separately from merchandise products. Be sure to include your name, address and account number.

Your account will be credited accordingly upon receipt. If you receive a statement for the returned shipment, please don't be concerned. It just means that the return was likely processed after your statement was printed. A subsequent statement will show the correct balance.

If we can be of further assistance, please let us know.

Member Service Center
Doubleday Book Club (www.doubledaybookclub.com)

M24U601018     |RSL1   96713138442        002072
Encl. RPL

(717)918-1064 ■ service@doubledaybookclub.com

Doubleday Book Club
www.doubledaybookclub.com

**D EXHIBIT**

April 27, 2005

Account 96713138442

WILLIAM RESTUCCI
PO BOX 43
NORFOLK, MA  02056-0043

Dear William Restucci:

We have received your request to cancel your membership, but are unable to honor your request at this time.

Your original agreement was to purchase four books within two years. Our records indicate that you need to purchase three more books to complete your membership agreement. To help you complete your agreement, we'd like to offer you FREE SHIPPING AND HANDLING on your next order. To take advantage of this special offer, please complete and return the coupon below.

Once you have completed your agreement you may again request cancellation if you wish.

Thank you for your participation in Doubleday Book Club.

Member Service Center
Doubleday Book Club (www.doubledaybookclub.com)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
WILLIAM_RESTUCCI                                         96713138442

Please send this order, with FREE SHIPPING AND HANDLING:

Selection Number        Selection Title
___ ___ ___ ___ ___     _____
___ ___ ___ ___ ___     _____
___ ___ ___ ___ ___     _____
                                             Supp Key 8536

M26X702044       |CANC3  96713138442    001067
Encl. CRE

P.O. Box 6375 ■ Camp Hill, PA 17012-6375 ■ (717)918-1064 ■ service@doubledaybookclub.com

E EXHIBIT

DETACH & KEEP FOR YOUR RE

**STATEMENT AS OF 05/10/05**          Contact us at (717) 918-1064

**DOUBLEDAY BOOK CLUB**

| 03/24/05 | Impossible/Convict | 38.96 |
| 05/02/05 | Late Fee Charge | 4.00 |
| 05/05/05 | No Place/Innocent | 39.96 |

Credits for payments or returns made shortly before or after the statement date will be reflected on your next statement.

If you recently sent in payment, thank you. If you have not, please send it today.

AS A REMINDER, PAYMENT WAS DUE ON RECEIPT OF ORDER.

PAY THIS AMOUNT    $82.92

00000 0000 0017 0561 082925 96 713 138442

PAY THIS AMOUNT    $82.92

RETURN WITH YOUR PAYMENT
Make Check Payable to:
DOUBLEDAY BOOK CLUB
Be Sure To Include Your
Account Number on Check
*TO PAY BY CREDIT CARD*
*SEE BACK OF FORM*

WILLIAM RESTUCCI
PO BOX 43
NORFOLK        MA 02056-0043
                                95

00 05  15015130  082925 96 713 138442

EXHIBIT E

$100* Buys $30,000 Life Insurance

Rates As Low As
$2.43*Per Month

▲ IMPORTANT DOCUMENT — SEE INSIDE ▲

ADDRESSEE:

S 44
Rev. 12/96)

# CIVIL COVER SHEET

ATTACHMENT #2

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**

WILLIAM RESTUCCI, PRO SE & INDIGENT

**DEFENDANTS**

DOUBLEDAY BOOK CLUB & EVERY PERSON

505 Ridge Ave, Hanover, PA, 17332

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Massachusetts
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Pennsylvania
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

William Restucci / pro se & indigent, P.O. Box 43, Norfolk Mass, 02056

ATTORNEYS (IF KNOWN)

05 11357 NMG

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☒2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☒5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒1 Original Proceeding
- ☐2 Removed from State Court
- ☐3 Remanded from Appellate Court
- ☐4 Reinstated or Reopened
- ☐5 Transferred from another district (specify)
- ☐6 Multidistrict Litigation
- ☐7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act |  | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 850 Securities/Commodities/Exchange |
|  | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability |  | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
|  |  | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS |  | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS |  |
| ☒ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General |  |  | ☐ 950 Constitutionality of State Statutes |
| ☒ 240 Torts to Land |  | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☒ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  |  |
| ☒ 290 All Other Real Property | ☒ 440 Other Civil Rights / ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 |  |
|  | ☐ 550 Civil Rights |  |  |  |
|  | ☐ 555 Prison Condition |  |  |  |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

See complaint

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ see compliant

CHECK YES only if demanded in complaint
JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S)** (See instructions):
IF ANY
JUDGE _____ DOCKET NUMBER _____

DATE 6/23/2005

SIGNATURE OF ATTORNEY OF RECORD
William Restucci

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ATTACHMENT #3

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) William Restucci v. Doubleday Book Club

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

    ___  I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    _X_  II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,      *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.         for patent, trademark or copyright cases

    ___  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

    ___  IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

    ___  V.   150, 152, 153.

    Handwritten: 11357 NMG

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)).
   _____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?   YES ☐   NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC 2403)   YES ☒   NO ☐
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?   YES ☐   NO ☒

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284?   YES ☒   NO ☐

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY) - (SEE LOCAL RULE 40.1(C)).   YES ☐   NO ☒
   OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? - (SEE LOCAL RULE 40.1(D)).   YES ☐   NO ☒

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT?   YES ☐   NO ☒
   (a) IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE? NORFOLK MASSACHUSETTS

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? NORFOLK COUNTY

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE
    CENTRAL SECTION: YES ☐ NO ☒   OR WESTERN SECTION; YES ☐ NO ☒

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME William Restucci/ pro se & Indigent
ADDRESS P.O. Box 43 Norfolk Massachusetts 02056
TELEPHONE NO. _____

(Categfrm.rev - 3/97)