UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FIRST CIRCUIT

DOCKET NUMBER:

WILLIAM RESTUCCI

V,

DOUBLEDAY BOOK CLUB & EVERYONE

**MOTION FOR PRELIMARY INJUNCTION**

The plaintiff in the above matter respectfully moves this Honorable Court for a prelimary injunction pursuant to rule 65 of the Federal rules of civil procedure restraining the defendants from enforcement of contract, and contact with the plaintiff, (billing or in any way) except for this action, for reasons (1) harrassment, (2) threats by the defendants directed to the plaintiff William Restucci, (3) preservation and integrity of the contract and the plaintiffs bad credit name.

Wherefore the plaintiff prays that this Honorable Court Grant this injunction and or extra legal relief so that justice could be better served.

Respectfully submitted by
William Restucci
William Restucci pro se

6/22/05

PO. Box 43, Norfolk, Ma, 02056