UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

William Restucci,
        Plaintiff,

                                    Civil Action No. 05-11357-NMG

    v.

Doubleday Book Club & Every Persons,
        Defendant(s).

## ORDER OF DISMISSAL

GORTON, D.J.

    In accordance with this Court's order dated October 11, 2005, it is ORDERED that the within action be and it is hereby dismissed.

                                              By the Court,

                                              s/ Marjorie E. Lanier
                                              Deputy Clerk

Date 10/11/05

(Notice of Dismissal Form.wpd - 12/98)                                                     [odism.]